No. 22-16044

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

_____

DESERT SURVIVORS, *et al.*,

*Plaintiffs-Appellee*s,

v.

U.S. DEPARTMENT OF THE INTERIOR, *et al.*,

*Defendants-Appellants*.

_____

**MOTION OF THE FEDERAL APPELLANTS FOR VOLUNTARY DISMISSAL OF APPEAL PURSUANT TO FED. R. APP. P. 42(B)**
_____

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, the U.S. Department of the Interior, *et al*. hereby moves for the voluntary dismissal of the appeal in Ninth Circuit number 22-16044.

Respectfully submitted,

*/s/ Allen M. Brabender*
ALLEN M. BRABENDER
U.S. Department of Justice
Environment & Natural Res. Div.
P.O. Box 7415 (Ben Franklin Station)
Washington, DC 20044
Telephone: (202) 514-5316
allen.brabender@usdoj.gov